UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HILARY BEST,

           Plaintiff,

v.

HON. SRIVIDYA PAPPACHAN; ASST. DISTRICT ATTORNEY TYLER GOLDBERG, JOHN DOES 1-10,

           Defendants.

ORDER & MEMORANDUM
25-CV-5372 (NRM) (CHK)

NINA R. MORRISON, United States District Judge:

On October 21, 2025, Plaintiff Hilary Best, appearing *pro se*, filed the instant fee-paid civil rights complaint against the judge and prosecutor in his then-pending criminal action. ECF No. 1 at 1. On November 5, 2025, the Court issued an Order to Show Cause directing Plaintiff to file a written affirmation by November 26, 2025, setting forth why the action should not be dismissed without prejudice as frivolous. ECF No. 8. By Order entered December 4, 2025, the case was dismissed because Plaintiff failed to respond to the Court's order and the time for doing so had passed. Judgment was entered on December 5, 2025.

The Court was unaware at that time of Plaintiff's letter motion dated November 24, 2025, requesting an extension of time to respond to the Court's Order to Show Cause. The letter was received in the courthouse on December 2, 2025, but was not entered into the docket until December 8, 2025. By Order dated December 9, 2025, the case was reopened, an extension of time to respond was granted, and Plaintiff was required to file a response to the Court's Order to Show Cause on or before January 14, 2026. The Order further stated that "[n]o further

1

extensions will be granted unless the extension requests are received before that deadline and extraordinary circumstances justify the extension." Plaintiff has failed to file a written affirmation setting forth why the action should not be dismissed and the time for doing so has passed.

Accordingly, the action is dismissed without prejudice as frivolous. The Clerk of Court is directed to enter judgment and close this case. The Clerk of Court is also respectfully requested to mail a copy of this Order to Plaintiff and to note the mailing on the docket. Although Plaintiff has paid the filing fee to initiate this action, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and, therefore, denies Plaintiff *in forma pauperis* status for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

**SO ORDERED.**

/s/ *Nina R. Morrison*
NINA R. MORRISON
United States District Judge

Dated:   Brooklyn, New York
         February 2, 2026